## Raymond Capra, Appellant *v.* City of Philadelphia, Appellee.

Argued June 10, 1982, before President Judge CRUMLISH, JR. and Judges ROGERS and MACPHAIL, sitting as a panel of three.

*Herman Blumenthal,* for appellant.

*Kenneth Fox,* with him, *Alan J. Davis,* City Solicitor, and *Barbara S. Gilbert,* Chief Assistant City Solicitor, for appellee.

OPINION BY PRESIDENT JUDGE CRUMLISH, JR., December 14, 1982:

The Philadelphia County Common Pleas Court, by order, denied Raymond Capra's Motion to Strike-Off Lien. Capra appeals. We affirm.

Capra received, by mail, from the City of Philadelphia, Department of Licenses and Inspections, a violation notice giving him ten days to repair the roof of his property. When Capra failed to comply, the City undertook the repair, abated the nuisance, and billed Capra by mail. Capra neither responded nor acknowledged the violation notice or the bill. The City lien against his property followed.

Capra, although never denying that he received both the notice and the billing, asserts that the motion should be granted because of procedural defects in the notice and the lien filing. These contentions are without merit, and we affirm on the able opinion of Braig, J., below      Pa. D. & C.3d      (1981).[1]

Affirmed.

————

[1] The lower court opinion discusses the time period in which a lien may be filed. We note that in a recent case our Court also reached the conclusion that these liens may be filed at any time. *Sanft v. Borough of West Grove,* 63 Pa. Commonwealth Ct. 366, 437 A.2d 1332 (1981).

## ORDER

The Philadelphia County Common Pleas Court order, No. 198 M.L.D. June Term, 1976, dated September 11, 1981, is hereby affirmed.